IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARGARET KIRKSEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:13cv360-WHA |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

Petitioner Margaret Kirksey, through her counsel of record Everett M. Urech, has filed a motion to dismiss this action brought under 28 U.S.C. § 2255. Doc. No. 33. Attorney Urech represents that, after lengthy discussion, Kirksey elected to move for dismissal and instructed him to file the instant motion on her behalf.

The court construes the instant motion as a Motion for Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(2). Upon consideration of this motion, it is ORDERED that:

(1) Kirksey's Motion for Voluntary Dismissal under Fed.R.Civ.P. 41(a)(2) (Doc. No. 33) is GRANTED.

(2) This action under 28 U.S.C. § 2255 is DISMISSED without prejudice under Rule 41(a)(2).

DONE, this 24th day of August, 2015.

                                       /s/ W. Harold Albritton III
                                SENIOR UNITED STATES DISTRICT JUDGE